IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TALASHIA HINTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:16cv915-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

Upon consideration of petitioner's motion for dismissal under Rule 41 (doc. no. 28), it is ORDERED that the motion is granted pursuant to Federal Rule of Civil Procedure 41(a)(2), and this case is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of July, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE